

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-17-00394 |
| Trial Court Cause Number: | 2010-34811 |
| Style: | Stephanie Zoanni, Appellant v. Lemuel David Hogan, Appellee |
| | |
| Date motion filed*: | October 28, 2019 |
| Type of motion: | Motion for extension of time to file motion for rehearing |
| Party filing motion: | Appellant |
| Document to be filed: | motion for rehearing |

Is appeal accelerated? No

If motion to extend time:

| | |
|---|---|
| Original due date: | August 16, 2019 |
| Number of previous extensions granted: | 2 |
| Date Requested: | November 7, 2019 |

Ordered that motion is:

**Granted**

If document is to be filed, document due: November 7, 2019

**Absent extraordinary circumstances, the Court will not grant additional motions to extend time.**

Judge's signature: /s/ Gordon Goodman
                            Acting individually

Panel consists of Justices Keyes, Goodman, and Landau.

Date: October 31, 2019